# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JACOB D. BAIRD,<br><br>          Defendant. | No. 2:14-PO-326-JTR<br><br>ORDER GRANTING MOTION TO DISMISS |

Before the Court is Jacob D. Baird's Motion to Dismiss. ECF No. 19. The United States has confirmed it does not object to the Motion and it will not be filing a response. Accordingly,

**IT IS ORDERED** Defendant's Motion to Dismiss, **ECF No. 19**, is **GRANTED**.

DATED April 26, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1